UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY S. PERRI,<br><br>                    Plaintiff,<br><br>     v.<br><br>WILLIAM JEFFERSON CLINTON et al.,<br><br>                    Defendants. | CASE NO. 3:22-cv-05716-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 4) |

**I      INTRODUCTION**

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. (Dkt. No. 4.) The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and ORDER as follows:

   1) The R&R is ADOPTED;

   2) Plaintiff's application to proceed in forma pauperis (Dkt. No. 1) is DENIED and the case is DISMISSED without prejudice for failure to state a claim; and

3)  The Clerk shall enter JUDGMENT and close this case.

Dated this 8th day of November, 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 4) - 2